UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRAVIS LEE,                    DOCKET NO.: _____
                               CIVIL ACTION
    Plaintiff,                 (1) TITLE VII OF THE CIVIL RIGHTS
                                    ACT OF 1964;
v.

FLAGLER COUNTY SCHOOL BOARD,
    Defendants.                JURY TRIAL DEMANDED

_____

**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**

Plaintiff, Travis Lee (hereinafter "Lee") by and through his undersigned attorney, hereby file their First Amended Complaint for Damages against Defendant, FLAGLER COUNTY SCHOOL BOARD (hereinafter "Flagler Schools"), and alleges as follows:

**I. PARTIES**

1. This is an action for damages that are capable of proof in excess of $15,000.00 exclusive of interest and costs.

2. Plaintiff, Lee, residing at 14 Renn Lane, Palm Coast, FL 32164.

3. Defendant, Flagler Schools, 1769 East Moody Blvd. Bldg #2, Bunnell, FL 32110

**II. JURISDICTION AND VENUE**

4. This Court has jurisdiction of Plaintiffs' federal law claims pursuant to 28 U.S.C. § 1331, as this case involves questions of federal law.

5. Venue is proper in The Middle District of Florida, and Defendants are subject to

the personal jurisdiction of this Court because Defendants maintain business operations in this District, and all or most of the events giving rise to this action occurred in this District. 28 U.S.C. § 1391(b); 42 U.S.C. § 2000e-5(f)(3).

6. Plaintiff, Lee reserved the right to amend this complaint.

### III. SATISFACTION OF CONDITIONS PRECEDENT & EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. Plaintiff, Lee timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC").

8. On or about May 15, 2020 the U.S. Department of Justice notified Lee by way of letter that EEOC would not be retaining the case and advising him of his right to sue in writing.

### IV. THE NATURE OF THIS ACTION

9. At all times material to this action, Plaintiff Lee was employed by the Defendant.

10. This is an action brought by Lee, an African American with over 21 years of experience as an educator. Mr. Lee is currently the Assistant Principal at Rymfire Elementary School.

11. That Lee was discriminated against at work because of his race and national origin by Flagler Schools in violation of laws prohibiting discrimination in the workplace, including Title VII of the Civil Rights Act of 1964; and the Florida Civil Rights Act of 1992, Fla. Stat §760.01 et al.

12. As a result of Flagler Schools action, Lee seeks damages and injunctive relief.

13. Lee reserves the right to amend this complaint.

--

## V. GENERAL ALLEGATIONS

14. Flagler Schools is based out of Flagler County, Florida. Flagler Schools is comprised of 10 schools, nearly 13,000 students and 2,500 teachers, staff and employees make up the largest workforce in Flagler County with a population of 110,510.

15. That Lee holds a Bachelor of Science Degree in Physical Education, Education K-12 from Florida A&M University, and a Master of Science Degree in Educational Leadership from Nova Southeastern University.

16. That Lee holds certifications in the following areas: Florida School Principal K-12 (2016), Educational Leadership K-12 (2009), Exceptional Student Education K-12 (2004), Physical Education K-12 (1999), and successfully completed the NEFEC Principal Leadership Academy (2016).

17. That Lee has never been the subject of employment discipline or reprimand.

18. That on or about June of 2019, Lee interviewed for the Flagler Palm Coast High School Principal Position.

19. That on or about November of 2019, Lee was denied an opportunity to interview for a promotional Principal position at Belle Terre Elementary for which he is highly qualified.

20. That Lee asserts that Flagler Schools interview and selection process is discriminatory, unlawful, subjective and arbitrary. That Flagler Schools willfully, knowingly and intentionally engaged in disparate treatment by selecting and promoting his white colleagues.

--

21. That Lee outlined the extent of his perceived discrimination in detail in the EEOC complaint.

## COUNT I: DISCRIMINATION IN VIOLATION OF CIVIL RIGHTS ACT OF 1964

22. Paragraphs 1-21 are incorporated by reference as if fully set forth herein.

23. Lee, as an African American employee, belongs to a protected group within Title VII.

24. At all times relevant to the Complaint, Defendant engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C. 2000e-2 by failing to promote Lee on the basis of his race.

25. The unlawful practices, complained of I paragraphs 1-21 above, were intentional and were done with malice or with reckless indifference to the federally protected rights of Lee.

26. Despite the numerous attempts to inform Flagler Schools of the discrimination based on race taking place, Lee continued to perform and excel in his function while none of his complaints were addressed or handled in congruence with Title VII and any and all other legal necessitates dictating the standards of business.

## COUNT II: DISCRIMINATION IN VIOLATION OF STATE LAW

27. That Flagler Schools stands in violation F.S. 110.112. Flagler Schools willfully, knowingly and intentionally violated the State's explicit Equal Opportunity Affirmative Action Law. Instead, Flagler Schools elected to continue and maintain their unlawful, subjective and arbitrary candidate selection policy and practice of mostly Caucasian candidates against the weight of the State's Affirmative Action

Law.

28. That Flagler Schools stands in violation of §1000.05, discrimination against students and employees in the Florida K-20 public education system prohibited, equality of access required, also known as the "Florida Educational Equity Act".

29. Lee asserts that Flagler Schools has engaged in various forms of racial discrimination and disparate treatment of Black employees in promotions. In 2019, Lee interviewed for an open Principal Position in FPC High School. Instead, a Caucasian male who was recently fired from a Superintendent position was chosen.

30. In July of 2018, Lee interviewed for an Assistant Principal Position at MHS and a Principal Position at Buddy Taylor Middle School. On both occasions, Caucasian individuals were selected instead.

31. The Defendant has engaged in an unlawful pattern and practice of discriminatory promotions, unlawful cronyism promotions, have willfully, knowingly and intentionally selected Caucasian candidates for promotion who were either unqualified or had no administrative experience, and refused to promote the Plaintiff who does have the requisite experience and qualifications.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial in this matter.

Dated 06/16/2020.

/S/ BLAIR JACKSON_____
**Blair Jackson, Esq.**
Florida Bar #912956
545 Delaney Ave.
Building 3
Orlando, FL 32801

--

(Tel) 407-906-5529
(Fax) 407-205-0027
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/S/ BLAIR JACKSON_____
**Blair Jackson, Esq.**

--